IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THADDAEUS MYRICK, NICHOLAS D. BRADEN, JESSIE POPEE, and KENNETH L. FOUNTAIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOOVER, ALABAMA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:19-cv-01728-MHH |

## Defendant City of Hoover's First Supplemental Responses to Plaintiffs' Second Interrogatories to Defendant

The City of Hoover supplements its previous response to interrogatory no. 1 of Plaintiffs' Second Interrogatories to Defendant as follows:

1.  Excluding the Plaintiffs, from 1994 to the present, identify each employee of the City of Hoover Police Department who was on leave with pay for a period equal to or greater than 120 days, and the reason the employee was on leave with pay.

**Response:** Hoover objects to this interrogatory on the ground that it seeks information that is confidential regarding Hoover's non-party employees. Hoover also objects on the grounds that this interrogatory seeks information that is not relevant to the issues in this action and is not reasonably calculated to the discovery of relevant evidence. Hoover further objects to this interrogatory on the grounds that it is overly broad, is not reasonably limited in time and scope, is unduly burdensome, and is not proportional to the needs of the case. The manner in which Hoover maintains its



personnel data does is not designed to conduct a search for employees on paid leave of 120 days or more. Since its initial responses to this interrogatory, Hoover's HR and IT departments have determined a way to run a report showing each employee's total amount of leave taken by leave category. But someone still has to review the individual employee's information to determine if it was for 120 consecutive days. The reasons for the leave are not included in Hoover's electronic data. The reasons may or may not be included in the employee personnel file, and even if in the employee's personnel file, Hoover objects to providing the reasons as they likely would be considered private information on non-party employees or former employees. Even with names removed, the information might be sufficient to identify the employee or former employee.

Subject to and without waiving the foregoing objections, Hoover was able to identify three police department employees who were on Administrative Leave with Pay for more than 120 consecutive days and not for military reasons since 1994. There may be other employees of the police department who had paid leaves of 120 or more consecutive days for non-military reasons that have not been identified. (Hoover understands that this request is limited to leaves other than military leave.) Those employees will be referred to as 2891185912, 1215456659, and 4598915932 to protect the employees' identities.

Employee 2891185912 was on paid leave from April 21, 1997, to May 31, 1998, which was a total of 290 days. During that time, Employee 2891185912 accrued 182 hours of annual leave, 78 hours of sick leave, and 24 hours of personal leave. A chart showing the paid leave and accrued leave by pay period is attached.

Employee 1215456659 was on paid leave from July 30, 2012, to October 13, 2013, which was a total of 306 days. During that time, Employee 1215456659 accrued 232 hours of annual leave, 87 hours of sick leave, and 24 hours of personal leave. A chart showing the paid leave and accrued leave by pay period is attached.

Employee 4598915932 was on paid leave from March 26, 1997, to November 15, 1998, which was a total of 428 days. During that time, Employee 4598915932 accrued 280 hours of annual leave, 120 hours of

**sick leave, and 48 hours of personal leave. A chart showing the paid leave and accrued leave by pay period is attached.**

I am an employee of and agent for the City of Hoover, Alabama. I believe, based on reasonable inquiry, that the answer to the foregoing interrogatory is true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2020.

        The City of Hoover, Alabama

        By: _/s/ Mike Lewis_

        Printed Name: _Mike Lewis_

        Title: _Human Resources Director_

As to objections:

        _____
        Michael L. Jackson
        Cecil H. Macoy Jr.
        mjackson@wallacejordan.com
        cmacoy@wallacejordan.com

        Attorneys for Defendant City of Hoover, Alabama

Of Counsel:
Wallace Jordan Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555

## Certificate of Service

I certify that on September 22, 2020, I served a copy of the foregoing discovery responses on the following counsel by email in accordance with Fed. R. Civ. P. 5(b)(2)(E) as follows:

J. Flynn Mozingo, Esq.
Melton, Espy & Williams, P.C.
fmozingo@mewlegal.com

                                                                                                        _____
                                                                                                         Michael L. Jackson
                                                                                                         mjackson@wallacejordan.com

Employee 2891185912 — Page 1

| Anonymous Employee No. | Pay Period | Type of Leave | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2891185912 | 4/21/1997 to 5/4/1997 | Annual Leave | 10 | 40 | 5 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 40 | 5 | | | | |
| 2891185912 | 5/5/1997 to 5/18/1997 | Admin Leave w/Pay | 11 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 5/19/1997 to 6/1/1997 | Holiday | 12 | 8 | 1 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 2891185912 | 6/2/1997 to 6/15/1997 | Admin Leave w/Pay | 13 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 6/16/1997 to 6/29/1997 | Admin Leave w/Pay | 14 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 6/30/1997 to 7/13/1997 | Holiday | 15 | 8 | 1 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 2891185912 | 7/14/1997 to 7/27/1997 | Admin Leave w/Pay | 16 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 7/28/1997 to 8/10/1997 | Admin Leave w/Pay | 17 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 8/11/1997 to 8/24/1997 | Admin Leave w/Pay | 18 | 80 | 10 | 0 | 0 | | |
| 2891185912 | 8/25/1997 to 9/7/1997 | Holiday | 19 | 8 | 1 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 2891185912 | 9/8/1997 to 9/21/1997 | Admin Leave w/Pay | 20 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 9/22/1997 to 10/5/1997 | Admin Leave w/Pay | 21 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 10/6/1997 to 10/19/1997 | Admin Leave w/Pay | 22 | 80 | 10 | 7 | 3 | 24 | |
| 2891185912 | 11/7/1997 to 11/2/1997 | Admin Leave w/Pay | 23 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 11/3/1997 to 11/16/1997 | Holiday | 24 | 8 | 1 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 2891185912 | 11/17/1997 to 11/30/1997 | Holiday | 25 | 16 | 2 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 64 | 8 | | | | |
| 2891185912 | 12/1/1997 to 12/14/1997 | Admin Leave w/Pay | 26 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 12/15/1997 to 12/28/1997 | Holiday | 1 | 16 | 2 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 64 | 8 | | | | |

# Employee 2891185912 — Page 2

| Anonymous Employee No. | Pay Period | Type of Leave | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2891185912 | 12/29/1997 to 1/11/1998 | Holiday | 2 | 16 | 2 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 64 | 8 | | | | |
| 2891185912 | 1/12/1998 to 1/25/1998 | Admin Leave w/Pay | 3 | 80 | 10 | 0 | 0 | | Nobody Accrued |
| 2891185912 | 1/26/1998 to 2/8/1998 | Admin Leave w/Pay | 4 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 2/9/1998 to 2/22/1998 | Admin Leave w/Pay | 5 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 2/23/1998 to 3/8/1998 | Admin Leave w/Pay | 6 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 3/9/1998 to 3/22/1998 | Admin Leave w/Pay | 7 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 3/23/1998 to 4/5/1998 | Admin Leave w/Pay | 8 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 4/6/1998 to 4/19/1998 | Holiday | 9 | 8 | 1 | 7 | 3 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 2891185912 | 4/20/1998 to 5/3/1998 | Admin Leave w/Pay | 10 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 5/4/1998 to 5/17/1998 | Admin Leave w/Pay | 11 | 80 | 10 | 7 | 3 | | |
| 2891185912 | 5/18/1998 to 5/31/1998 | Holiday | 12 | 8 | 1 | 0 | 0 | | |
| 2891185912 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| | | Totals | | 2,320 | 290 | 182 | 78 | 24 | |

Employee 1215456659   —   Page 1

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1215456659 | 7/23/2012 to 8/5/2012 | Regular Hours | 16 | 42 | 5 | 8 | 3 | | Hours in this row not included in totals at end. |
| 1215456659 | | Admin Leave w/Pay | | 40 | 5 | | | | |
| 1215456659 | 8/6/2012 to 8/19/2012 | Admin Leave w/Pay | 17 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 8/20/2012 to 9/2/2012 | Admin Leave w/Pay | 18 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 9/3/2012 to 9/16/2012 | Holiday | 19 | 8 | 1 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 1215456659 | 9/17/2012 to 9/30/2012 | Admin Leave w/Pay | 20 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 10/1/2012 to 10/14/2012 | Admin Leave w/Pay | 21 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 10/15/2012 to 10/28/2012 | Admin Leave w/Pay | 22 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 10/29/2012 to 11/11/2012 | Admin Leave w/Pay | 23 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 11/12/2012 to 11/25/2012 | Holiday | 24 | 24 | 3 | | | | Nobody accrued |
| 1215456659 | | Admin Leave w/Pay | | 56 | 7 | | | | |
| 1215456659 | 11/26/2012 to 12/09/2012 | Admin Leave w/Pay | 25 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 12/10/2012 to 12/23/2012 | Admin Leave w/Pay | 26 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 12/24/2012 to 1/6/2013 | Holiday | 1 | 32 | 4 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 48 | 6 | | | | |
| 1215456659 | 1/7/2013 to 1/20/2013 | Admin Leave w/Pay | 2 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 1/21/2013 to 2/3/2013 | Holiday | 3 | 8 | 1 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 1215456659 | 2/4/2013 to 2/17/2013 | Admin Leave w/Pay | 4 | 80 | 10 | 8 | 3 | | |

Employee 1215456659 —   Page 2

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1215456659 | 2/18/2013 to 3/3/2013 | Admin Leave w/Pay | 5 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 3/4/2013 to 3/17/2013 | Admin Leave w/Pay | 6 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 3/18/2013 to 3/31/2013 | Holiday | 7 | 8 | 1 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 1215456659 | 4/1/2013 to 4/14/2013 | Admin Leave w/Pay | 8 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 4/15/2013 to 4/28/2013 | Admin Leave w/Pay | 9 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 4/29/2013 to 5/12/2013 | Admin Leave w/Pay | 10 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 5/13/2013 to 5/26/2013 | Admin Leave w/Pay | 11 | 80 | 10 | | | | Nobody Accrued |
| 1215456659 | 5/27/2013 to 6/9/2013 | Holiday | 12 | 8 | 1 | 8 | 3 | 24 | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 1215456659 | 6/10/2013 to 6/23/2013 | Admin Leave w/Pay | 13 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 6/24/2013 to 7/7/2013 | Holiday | 14 | 8 | 1 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 1215456659 | 7/8/2013 to 7/21/2013 | Admin Leave w/Pay | 15 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 7/22/2013 to 8/4/2013 | Admin Leave w/Pay | 16 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 8/5/2013 to 8/18/2013 | Admin Leave w/Pay | 17 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 8/19/2013 to 9/1/2013 | Admin Leave w/Pay | 18 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 9/2/2013 to 9/15/2013 | Holiday | 19 | 8 | 1 | 8 | 3 | | |
| 1215456659 | | Admin Leave w/Pay | | 72 | 9 | | | | |

Employee 1215456659  —   Page 3

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 1215456659 | 9/16/2013 to 9/29/2013 | Admin Leave w/Pay | 20 | 80 | 10 | 8 | 3 | | |
| 1215456659 | 9/30/2013 to 10/13/2013 | Admin Leave w/Pay | 21 | 8 | 1 | 0 | 0 | | |
| | | | | | | | | | |
| | | Totals | | 2,448 | 306 | 232 | 87 | 24 | |

Employee 4598915932  —  Page 1

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4598915932 | 3/24/1997 to 4/6/1997 | *Regular Hours* | 8 | 16 | 2 | 7 | 3 | | Hours in this row not included in totals at end. |
| 4598915932 | | Holiday | | 8 | 1 | | | | |
| 4598915932 | | Admin Leave w/Pay | | 56 | 7 | | | | |
| 4598915932 | 4/7/1997 to 4/20/1997 | Admin Leave w/Pay | 9 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 4/21/1997 to 5/4/1997 | Admin Leave w/Pay | 10 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 5/5/1997 to 5/18/1997 | Admin Leave w/Pay | 11 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 5/19/1997 to 6/1/1997 | Holiday | 12 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 6/2/1997 to 6/15/1997 | Admin Leave w/Pay | 13 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 6/16/1997 to 6/29/1997 | Admin Leave w/Pay | 14 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 6/30/1997 to 7/13/1997 | Holiday | 15 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 7/14/1997 to 7/27/1997 | Admin Leave w/Pay | 16 | 80 | 10 | 7 | 3 | 24 | |
| 4598915932 | 7/28/1997 to 8/10/1997 | Admin Leave w/Pay | 17 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 8/11/1997 to 8/24/1997 | Admin Leave w/Pay | 18 | 80 | 10 | 0 | 0 | | Nobody Accrued |
| 4598915932 | 8/25/1997 to 9/7/1997 | Holiday | 19 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 9/8/1997 to 9/21/1997 | Admin Leave w/Pay | 20 | 80 | 10 | 7 | 3 | | |

Employee 4598915932 —    Page 2

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4598915932 | 9/22/1997 to 10/5/1998 | Admin Leave w/Pay | 21 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 10/6/1997 to 10/19/1997 | Admin Leave w/Pay | 22 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 10/20/1997 to 11/2/1997 | Admin Leave w/Pay | 23 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 11/3/1997 to 11/16/1997 | Holiday | 24 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 11/17/1997 to 11/30/1997 | Holiday | 25 | 16 | 2 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 64 | 8 | | | | |
| 4598915932 | 12/1/1997 to 12/14/1997 | Admin Leave w/Pay | 26 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 12/15/1997 to 12/281997 | Holiday | 1 | 16 | 2 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 64 | 8 | | | | |
| 4598915932 | 12/29/1997 to 1/11/1998 | Holiday | 2 | 16 | 2 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 64 | 8 | | | | |
| 4598915932 | 1/12/1998 to 1/25/1998 | Admin Leave w/Pay | 3 | 80 | 10 | | | | Nobody Accrued |
| 4598915932 | 1/26/1998 to 2/8/1998 | Admin Leave w/Pay | 4 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 2/9/1998 to 2/22/1998 | Admin Leave w/Pay | 5 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 2/23/1998 to 3/8/1998 | Admin Leave w/Pay | 6 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 3/9/1998 to 3/22/1998 | Admin Leave w/Pay | 7 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 3/23/1998 to 4/5/1998 | Admin Leave w/Pay | 8 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 4/6/1998 to 4/19/1998 | Holiday | 9 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |

Employee 4598915932 — Page 3

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4598915932 | 4/20/1998 to 5/3/1998 | Admin Leave w/Pay | 10 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 5/4/1998 to 5/17/1998 | Admin Leave w/Pay | 11 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 5/18/1998 to 5/31/1998 | Holiday | 12 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 6/1/1998 to 6/14/1998 | Admin Leave w/Pay | 13 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 6/15/1998 to 6/28/1998 | Admin Leave w/Pay | 14 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 6/29/1998 to 7/12/1998 | Holiday | 15 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 7/13/1998 to 7/26/1998 | Admin Leave w/Pay | 16 | 80 | 10 | | | 24 | Nobody Accrued |
| 4598915932 | 7/27/1998 to 8/9/1998 | Admin Leave w/Pay | 17 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 8/10/1998 to 8/23/1998 | Admin Leave w/Pay | 18 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 8/24/1998 to 9/6/1998 | Admin Leave w/Pay | 19 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 9/7/1998 to 9/20/1998 | Holiday | 20 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |
| 4598915932 | 9/21/1998 to 10/4/1998 | Admin Leave w/Pay | 21 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 10/5/1998 to 10/18/1998 | Admin Leave w/Pay | 22 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 10/19/1998 to 11/1/1998 | Admin Leave w/Pay | 23 | 80 | 10 | 7 | 3 | | |
| 4598915932 | 11/2/1998 to 11/15/1998 | Holiday | 24 | 8 | 1 | 7 | 3 | | |
| 4598915932 | | Admin Leave w/Pay | | 72 | 9 | | | | |

Employee 4598915932 —    Page 4

| Anonymous Employee No. | Pay Period | Type of Leave or Hours Worked | Pay Period No. | Hours | Days | Accrued Annual Leave Hours | Accrued Sick Leave Hours | Accrued Personal Leave Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4598915932 | 11/16/1998 to 11/30/1998 | Regular Hours* | 25 | 64 | 8 | 7 | 3 | | *Pay period is regular working hours. Not included in totals below. |
| 4598915932 | | Holiday* | | 16 | 2 | | | | |
| | | | | | | | | | |
| | | Totals | | 3,424 | 428 | 280 | 120 | 48 | |