IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THADDAEUS MYRICK et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:19-cv-01728-MHH |
| CITY OF HOOVER, ALABAMA, | ) ) ) |
| Defendant. | ) |

## Notice of Appeal

Defendant City of Hoover, Alabama, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered on April 21, 2022 (Doc. 38, which references the Memorandum Opinion (Doc. 34) entered on March 25, 2022).

Respectfully submitted on May 11, 2022.

 *s/ Michael L. Jackson*
Michael L. Jackson
mjackson@wallacejordan.com

 *s/ Cecil H. Macoy Jr.*
Cecil H. Macoy Jr.
cmacoy@wallacejordan.com

Attorneys for Defendant City of Hoover, Ala.

Of Counsel:
Wallace Jordan Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, Alabama 35253
(205) 870-0555